# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DELWIN DESHAWN BROWN

NO. 2020 KW 1033

**DECEMBER 07, 2020**

---

In Re: Delwin Deshawn Brown, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 02-159201.

---

**BEFORE: HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED.**

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT